UNITED STATES DISTRICT COURT
SOUTHREN DISTRICY OF NEW YORK
------------------------------------------------------------------X  Case No.: 19-6255

PRENTICE COX,                                                        **JOINT LETTER**

                    Plaintiff,

    vs.

THE PICNIC BASKET, INC.,
JC 1000 6TH LLC,
SC 1000 6TH LLC and
JCFT 1000 6TH LLC,



                    Defendants.
------------------------------------------------------------------X

**Hon. Katherine Polk Failla**
**United States District Judge**
**Thurgood Marshall**
**United States Courthouse**
**40 Foley Square**
**New York, NY 10007**

      Case Name:    Cox v. The Picnic Basket, Inc., et al
      Case Number:  1:19-cv-06255-KPF

Hon. US. District Court Judge Failla,

The parties respectfully submit that Court issue a Civil Case Management Plan that calls for the close of all discovery within six months. Parties currently have no other issues to raise with the Court. Therefore, and per the Court's Individual Rule of Practice in Civil Cases 3.B., the parties ask to cancel the initial pretrial conference scheduled for November 21, 2019.

Respectfully submitted,

By: S/ Ismail S. Sekendiz          By: S/ Ran Daniel
    Ismail S. Sekendiz, Esq.              Ran Daniel, Esq.
    SEKENDIZ LAW FIRM P.C.                10420 Queens Boulevard, Suite: 15J
    45 Broadway Suite: 1420               New York, NY 11375
    New York, NY, 10006                   Telephone: (212) 982-0269
    Telephone: (212) 380-8087             Email: randaniel2003@yahoo.com
    Email: sekendizlaws@gmail.com         *Attorney for The Picnic Basket, Inc.*
    *Attorney for Plaintiff*

Application GRANTED.  The initial pretrial conference scheduled for November 21, 2019 is hereby ADJOURNED.  The parties are ORDERED to appear for a pretrial conference on March 12, 2020, at 3:30 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:    November 18, 2019          SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE