# LaRocca Hornik Rosen & Greenberg LLP
### COUNSELORS AT LAW

| | | |
|---|---|---|
| The Trump Building<br>40 Wall Street<br>32nd Floor<br>New York, NY 10005<br>212.530.4823<br>212.530.4815 fax | Freehold Commons<br>83 South Street<br>3rd Floor<br>Freehold, NJ 07728<br>732.409.1144<br>732.409.0350 fax | Frank J. LaRocca ⬦○<br>Jonathan L. Hornik<br>Lawrence S. Rosen<br>Rose Greenberg △<br>Amy D. Carlin △<br>Patrick T. McPartland △<br>David N. Kittredge △<br>Jonathan F. Ball ⬦<br>Jared E. Blumetti<br>Katelyn Canning<br>Florence R. Goffman △⬦<br>Sherry Hamilton △<br>Peter Kelegian △<br>Drew Tanner ‡<br>Lauren Weissman-Falk |

LHRGB.COM

DIRECT DIAL: 212.530.4837
EMAIL: PMCPARTLAND@LHRGB.COM

△ New York Bar Only
‡ New Jersey Bar Only
⬦ Of Counsel Attorneys
○ Certified Matrimonial Law Attorney

December 11, 2019



VIA ECF
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Rm. 2103
New York, NY 10007

Re: Prentice Cox v. The Picnic Basket, LLC, et al.
Case No.: 19-civ-6255 (KPF)

Dear Judge Failla:

We represent the defendants JC 1000 6th LLC, SC 1000 6th LLC, and JCFT 1000 6th LLC (collectively the "Landlord"). We write, with the consent of plaintiff's counsel, to respectfully request an extension of the deadlines and hearing date currently scheduled for plaintiff's Order to Show Cause [ECF No. 24] (the "OSC").

Specifically, it is respectfully requested that the deadlines and hearing date under the OSC be extended and adjourned as follows:

1. The current deadline of December 13th for the Landlord to file opposition papers be extended to December 27, 2019;

2. The current deadline of December 20th for the plaintiff to file reply papers be extended to January 10, 2020;

3. The hearing date of January 10th be adjourned to January 17, 2020, or a date thereafter convenient to the Court;

The reasons for the request are to allow (i) the Landlord—which understood that its tenant, co-defendant The Picnic Basket, Inc., would be defending the Landlord in this action—sufficient time to prepare its opposition papers; and (ii) the parties additional time to resolve this lawsuit without the need for any further court intervention.

There have been no prior requests made for extensions or adjournments on the OSC.

Respectfully submitted,

Patrick McPartland

cc: Ismail Sekendiz, Esq. (via ECF)
Ran Ben Daniel, Esq. (via ECF)

```
Application GRANTED.  The order to show cause hearing currently
scheduled for January 10, 2020, is hereby ADJOURNED to February 18,
2020, at 1:30 p.m. in Courtroom 618 of the Thurgood Marshall
Courthouse, 40 Foley Square, New York, New York.  If the parties would
like to enter a joint application to have the certificate of default
vacated, they may do so in advance of that date.

Dated:     December 12, 2019            SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE